OFFICE OF DISCIPLINARY COUNSEL *v.* SUMMERS.

[Cite as *Disciplinary Counsel v. Summers* (1996), 74 Ohio St.3d 627.]

(No. 95–2528—Submitted January 24, 1996—Decided February 28, 1996.)

*Geoffrey Stern,* Disciplinary Counsel, and *Stacy M. Solochek,* Assistant Disciplinary Counsel, for relator.

*Per Curiam.* We concur in the findings of misconduct and recommendation of the board. Respondent, Robert L. Summers, is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to the respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., not participating.